UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:14-cr-23- RLY-WGH-01 |
| ) | |
| GLYNN PETTICORD, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

[18 USC §922(g)(1)- Possession of a Firearm by a Convicted Felon]

The Grand Jury charges that:

On or about March 20, 2014, in Vanderburgh County, in the Southern District of Indiana, GLYNN PETTICORD, defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Taurus, Model PT1911, .45 caliber pistol, bearing serial number NAT57183, after having been convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit: GLYNN PETTICORD, was convicted of the following felony offenses punishable by a term of imprisonment exceeding one (1) year: a felony Theft in Vanderburgh County, under cause number 82D02-9408-CF-364 on November 7, 1994; a felony Criminal Recklessness, in Vanderburgh County, under cause number 82D02-9303-CF-0084 on November 7, 1994; a felony Residential Entry in Vanderburgh County, under cause number 82C01-0010-DF-1172 on May 8,

2001; a felony Battery in Vanderburgh County, under cause number 82C01-9704-DF-369 on May 8, 2001; a felony Auto Theft in Vanderburgh County, under cause number 82C01-9702-DF-160 on May 8, 2001; a felony Robbery in Vanderburgh County, under cause number 82C01-0312-FB-1280 on June 3, 2004; and a felony Robbery in Vanderburgh County, under cause number 82C01-0213-FB-1279;

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE

1.  The allegations in this Indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2.  If convicted of the offense set forth in this Indictment, GLENN PETTICORD defendant herein, shall forfeit to the United States any firearm involved in or used in the offense set forth in the Indictment.  The firearm subject to forfeiture includes, but is not necessarily limited to:

   A.  a Taurus, Model PT1911, .45 caliber pistol, bearing serial number NAT57183.

A TRUE BILL:

_____
FOREPERSON

JOSEPH H. HOGSETT
United States Attorney

by: _____
Lauren Wheatley
Assistant United States Attorney