# UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>        )<br>vs. )<br>        )<br>GLYNN PETTICORD )<br>        Defendant(s) ) | CASE NO. 3:14–cr–00023–RLY–WGH |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.


DATE: June 25, 2014         s/ Magistrate Judge William G. Hussmann, Jr
                                             United States District Court
                                             Southern District of Indiana