UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:14-cr-23 -RLY/MJD-01 |
| | ) | |
| | ) | |
| GLYNN PETTICORD, | ) | |
| | ) | |
| Defendant. | ) | |

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) and 924(e)(1) | 10 years | $250,000 | 3 years |

Dated: 06-26-2014

_____
GLYNN PETTICORD
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

_____
Richard L. Young, Chief Judge
Southern District of Indiana