UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )
    )
        vs.    )    3:14-cr-23-RLY-MJD-1
    )
GLYNN PETTICORD,    )
    )
        Defendant.    )

**SCHEDULING ORDER**

The court sets this matter for a status hearing on **AUGUST 20, 2014 at 10:00 a.m.**

The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young,

in room 301 of the Federal Building, 101 NW Martin Luther King, Jr., Blvd., Evansville,

Indiana 47708.

**SO ORDERED** this 19th day of August 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

U.S. Marshal

U.S. Probation