UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| USA, | ] |
| --- | --- |
| Plaintiff, | ] |
| V. | ] CASE NO: 3:14-cr-00023-RLY-MJD-1 |
| GLYNN PETTICORD, | ] |
| Defendant. | ] |

## MOTION FOR EXENSION OF TIME

**COME NOW** the Defendant, Glynn Petticord, by counsel, John Andrew Goodridge, Esq. and hereby files his Motion for Extension of Time of fourteen (14) days in which to respond to Plaintiff's Proposed Agreed Resolution, and in support thereof, would state as follows:

1. Counsel for the Defendant needs additional time to confer with the United States of America regarding the proposed agreed resolution.

Wherefore, Defendant, Glynn Petticord, by counsel, pray this Court extend the time in which to respond to Plaintiff's Proposed Agreed Resolution to August 8, 2016.

Respectfully submitted,

s/John Andrew Goodridge
John Andrew Goodridge, Esq.   IN Atty. 19359-65
**ATTORNEY AT LAW**
1925 West Franklin Street
Evansville, Indiana 47712

Telephone:   812-423-5535
Facsimile:   812-423-7370

Email:   jgoodridge@jaglo.com

# **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 24th day of June, 2016, a copy of the foregoing MOTION FOR EXTENSION OF TIME was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/John Andrew Goodridge  
      John Andrew Goodridge, Esq