UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| GLYNN PETTICORD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:15-cv-00148-RLY-TAB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY**

The parties' stipulation Dkt. [21] is **approved** and the motion for relief pursuant to 28 U.S.C. § 2255 is **granted**, consistent with the following:

1. An **Amended Judgment** shall be **prepared** by the Probation Department specifying a sentence of **100 months in prison and a three-year term of supervised release**, but the same as the existing Judgment in all other respects**;**

2. This Entry shall be docketed in the underlying criminal action, No. 3:14-cr-00023-RLY-MJD-1;

3. Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 8/17/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

U.S. Probation Department