UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-cr-00023-RLY-MJD |
| | ) | |
| GLYNN PETTICORD, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY ON PENDING MOTIONS**

Pending before the court are defendant Glynn Petticord ("Defendant's) motion requesting information regarding his sentence, Filing No. 45, and motion for extension of time, Filing No. 49.

The motion requesting information, Filing No. 45, is **GRANTED** to the extent that Defendant is informed that the court is without jurisdiction to decide application of jail time credit to his sentence; that determination is left strictly to the Attorney General through the Bureau of Prisons. *See* 18 U.S.C. § 3585(b); *United States v. Wilson*, 503 U.S. 329, 335 (1992). The motion requesting information, Filing No. 45, is also **GRANTED** to the extent that Defendant's motion pursuant to 28 U.S.C. § 2255 addressed his questions regarding application of the career criminal enhancement to his sentence. *See* Filing Nos. 50 & 51. The motion requesting information, Filing No. 45, is **DENIED** in all other respects.

Further, the motion for extension of time was directed to filings in Defendant's civil matter, *Petticord v. United States*, 3:25-cv-00148-RLY-WGH, in which he

challenged his sentence pursuant to 28 U.S.C. § 2255, and in which relief was granted. *See* Filing Nos. 49-51. Therefore, the motion for time is DENIED as MOOT.

IT IS SO ORDERED.

Date: 2/08/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Glynn Petticord
Reg. No. 12381-028
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC 29590

Lauren M. Wheatley
UNITED STATES ATTORNEY'S OFFICE - EV
lauren.wheatley@usdoj.gov