UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-cr-00023-RLY-CSW |
| ) | |
| GLYNN PETTICORD, ) | -01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On September 19, 2023, the Court held an initial hearing on the Petition for Warrant for Offender Under Supervision filed August 31, 2023. [Dkt.54]. On September 25, 2023, the Court held a preliminary hearing. Defendant Glynn Petticord ("Defendant") appeared in person with appointed counsel Jonathan Chance. The government appeared by Lauren Wheatley, Assistant United States Attorney. U. S. Probation and Parole was represented by Officer Katrina Sanders.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to disposition. [Dkt. 58]. The Defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court conducted an initial hearing and Defendant was advised of his rights and provided a copy of the petition. [Dkt. 54].

1

2. The Court conducted a preliminary hearing. United States Probation Officer Katrina Sanders was called as a witness. She was sworn and examined. The government offered Exhibits 1, 2, 3, and 4 as evidence. Exhibits were admitted without objection. Defendant Glynn Petticord requested to make a personal statement. After again being advised of his rights, he was sworn and examined. Arguments were made by both parties.

3. After the hearing, the Court found Defendant was in violation of the terms of his supervised release.

4. The allegations to which the Court found Defendant Petticord was in violation, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| **1.** | **"The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer."**<br><br>**Mr. Petticord was released from the U.S. Bureau of Prisons on August 23, 2023. He did not report to the U.S. Probation Office as instructed, as of August 29, 2023.** |
| **2.** | **"The defendant shall not commit another federal, state or local crime."**<br><br>**Mr. Petticord was arrested on August 30, 2023, and charged in Vanderburgh County Case No. 82D07-2308-CM-005351, with Driving while License Suspended.** |

The parties stipulated that:

    (a)    The highest grade of violation is a Grade **C** violation.

    (b)    Defendant's criminal history category is **VI**.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is **8 to 14** months' imprisonment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions No. 1 and 2 in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months with three (3) years of supervision upon release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: September 28, 2023

                                          Crystal S. Wildeman
                                          United States Magistrate Judge
                                          Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system United States Probation Office, United States Marshal